UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual,<br><br>    Plaintiff,<br>v.<br><br>LESSOR CORPORATION, a Texas Corporation,<br><br>    Defendant. | Case No.: 3:13-cv-04056-M |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs. Furthermore, the parties request that the Court retain jurisdiction over this matter for a period of three years from the date of this Stipulation of Dismissal solely for the purposes of enforcement of their agreement should the need arise.

Respectfully Submitted,

*/s/ Louis I. Mussman*
Louis I. Mussman
Florida Bar Number: 597155
Ku & Mussman, P.A.
12550 Biscayne Blvd., Suite 406
Miami, Florida 33181
Tel: (305) 891-1322
Fax: (305) 891-4512
*Attorney for Plaintiff*

Dated: 6/17/14

Respectfully Submitted,

*/s/ W. Gary Fowler*
W. Gary Fowler
Texas Bar No. 070329250
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Tel: (214) 953-6000
Fax: (214) 953-5822
*Attorney for Defendant*

Dated: 6/17/14

1